

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| CPK | *610 Federal Plaza* |
|-----|---------------------|
| F. # 2018R02390 | *Central Islip, New York 11722* |

September 19, 2019

<u>By ECF</u>

Honorable Joan M. Azrack
United States District Judge
United States Courthouse
920 Federal Plaza
Central Islip, New York

Re:  <u>U.S. v. Barakat, CR 18-292(JMA)</u>

Dear Judge Azrack:

In response to one of the Court Orders issued at the conference earlier today in the above referenced case and its companion case, <u>U.S. v. Khwaja, et. al.</u>, CR 18-607(JMA), the government writes to indicate that the above-referenced case is not sealed.  Although defense counsel represented that the case was sealed, it is publicly available on PACER.  In addition, we checked with the Court reporter and the transcript of the plea taken on September 12, 2019 in the above-referenced case is available to order and is not sealed.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  _____/s_____
Charles P. Kelly
Assistant U.S. Attorney
(631) 715-7866

cc:  Defense Counsel