USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.**

★ JUL 26 2022 ★

**LONG ISLAND OFFICE**

In the United States District Court

for the EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
NADER MOHAMED FARHAT

CRIMINAL NUMBER: 18-CR-292 (S-2) (JMA)

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Nader Mohamed Farhat, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Florida in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 19, 2022 at Miami

_____
(Defendant)

_____
(Witness)

Juan J. Micheten
(Counsel for Defendants)

_____
(Assistant United States Attorney)

_____
United States Attorney for the
Southern District of Florida

Approved

Carolyn Pokorny   7/25/22
Acting United States Attorney for the
Eastern District of New York